

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2014

No. 04-14-00547-CV

**IN THE INTEREST OF T.S.P.**, A Child,

From the County Court at Law, Medina County, Texas
Trial Court No. 07-06-4710-CCL
Honorable Vivian Torres, Judge Presiding

## O R D E R

Appellant's notice of appeal stated appellant intended to appeal both the Order Holding Respondent in Contempt and Granting Judgment and the Order Committing Respondent to the Medina County Jail. On October 2, 2014, this court acknowledged that appellant is entitled to appeal the portions of the orders granting judgment, including the determination of arrearages and the award of attorney's fees; however, appellant was ordered to show cause in writing why this court had jurisdiction to consider any issue raised in the appeal relating to the contempt orders. On October 16, 2014, appellant responded that he seeks only to challenge the portions of the orders relating to the arrearage and attorney's fees and agrees that this court lacks jurisdiction to review the portions of the orders holding him in contempt. The complete appellate record has been filed. Appellant's brief addressing only the issues over which this court has jurisdiction must be filed no later than November 17, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court